No. 93–1157. SERENO v. PACUMIO ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–1158. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. DAVIS ET AL. C. A. 6th Cir. Certiorari denied. ██

No. 93–1162. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. v. SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–1165. PERSICO ET AL. v. VILLA, PERSONALLY AND AS MAYOR OF THE CITY OF AMSTERDAM. C. A. 2d Cir. Certiorari denied. 

No. 93–1166. MIDWEST PRIDE V, INC., ET AL. v. WARD, ROSS COUNTY PROSECUTING ATTORNEY. Ct. App. Ohio, Ross County. Certiorari denied.

No. 93–1167. HICKLE v. AMERICAN SERVICE CORPORATION OF SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 93–1168. OWEN v. CHEVRON, U. S. A., INC. C. A. 5th Cir. Certiorari denied. .

No. 93–1172. ELKINS ET AL. v. RICHARDSON-MERRELL, INC. C. A. 6th Cir. Certiorari denied. .

No. 93–1174. MARTINEZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 93–1175. BENSON v. CITY OF HELENA ET AL. Sup. Ct. Mont. Certiorari denied. 

No. 93–1176. FONTENOT v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied. .

No. 93–1177. FISHER ET AL. v. TRAINOR ET AL. C. A. 1st Cir. Certiorari denied. .

No. 93–1178. GERADS ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. .